**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In Re: | MARK A HAUGSTAD | TRUSTEE'S FINAL ACCOUNT AND |
| | KAREN L HAUGSTAD | REPORT CHAPTER 13 CASE |

CASE NO. - 05-42894  RJK

Paid Out, Discharge

---

The undersigned hereby submits their Final Accounting and Report as Standing Trustee in the above titled case.

### RECEIPTS

| | | |
|---|---|---|
| 1. | Total Payments received from debtor | $7,680.00 |
| 2. | Refunds from creditors | $0.00 |
| 3. | Less overpayment refunded to debtor | $0.00 |
| 4. | Total net funds paid by debtor, plus refunds from creditor | $7,680.00 |

### DISBURSEMENTS

| | | |
|---|---|---|
| 5. | Funds Delivered to Chapter 7 Trustee | $0.00 |
| 6. | Total dividends paid to creditors under debtors plan | $6,005.20 |
| 7. | Trustee's percentage fee computed on Items 6,8,9 | $399.80 |
| 8. | Debtor's Attorney fee allowed and paid | $1,275.00 |
| 9. | Debtor's Attorney expense allowed and paid | $0.00 |
| 10. | Charges Due Clerk Of U.S. Bankruptcy Court | $0.00 |
| 11. | Total Disbursements Made | $7,680.00 |

REMARKS:

At Minneapolis, Minnesota

/e/ Jasmine Z. Keller                                          Date: 08/07/2008
Jasmine Z. Keller, Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

TRUSTEE'S FINAL ACCOUNT AND REPORT                                           PAGE 2

DEBTOR: MARK A HAUGSTAD                                  CASE NO. - 05-42894
           KAREN L HAUGSTAD

---

Total Dividends Paid to Creditors
Secured (S), Priority (P), Unsecured (U)

| Claim | Type | Name of Claimant | Amount Paid |
|---|---|---|---|
|  | U | Total Unsecured Debt | $0.00 |
| 1 | S | MERCHANTS NATL BANK | $0.00 |
| 10 | S | Wells Fargo Home Mortgage | $2,411.46 |
| 12 | U | WELLS FARGO SERVICING CENTER | $0.00 |
| 13 | U | Kohls Department Store | $0.00 |
| 2 | U | MEDCREDIT FINANCIAL SERVICES | $90.60 |
| 3 | U | MN GASTROENTEROLOGY | $34.40 |
| 4 | U | GASTRO DIAGNOSTIC | $7.96 |
| 5 | U | Wells Fargo Bank MN | $460.12 |
| 6 | S | American Honda Finance | $0.00 |
| 616 | U | ECAST SETTLEMENT CORPORATION | $0.00 |
| 7 | U | RETAILERS NATIONAL BANK - TARGET | $720.40 |
| 8 | U | RESURGENT CAP SVCS | $2,262.65 |
| 9 | U | Ecast Settlement Corporation | $17.61 |

At Minneapolis, Minnesota           Subtotal Dividends paid    6,005.20
                                             Total Dividends paid       $6,005.20

/e/ Jasmine Z. Keller                                       Date: 08/07/2008
Jasmine Z. Keller, Trustee